No. 194. ABELL ET AL. *v.* ANDERSON, RECEIVER. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Lafon Allen, Percy N. Booth, Edward P. Humphrey, Henry E. McElwain, Jr., Benjamin F. Washer, David R.*

*Castleman, James W. Stites, Ernest Woodward* and *Squire R. Ogden* for petitioners. *Messrs. Frank E. Wood, Robert S. Marx, Harry Kasfir* and *John F. Anderson* for respondent.

